McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
LAURA D. WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNABE MADRIGAL CASTANEDA,<br>MARIA LUISA MORENO, and<br>ERASMO VILLEGAS SUAREZ,<br><br>Defendants. | CASE NO. 1:19-MJ-00001 SAB<br><br>UNITED STATES' MOTION TO DISMISS CONSPIRACY TO EFFECT FLIGHT TO AVOID PROSECUTION CHARGE CONTAINED IN CRIMINAL COMPLAINT PURSUANT TO FED. R. CRIM. P. 48(a) AND ORDER |

The United States, by and through its undersigned counsel, hereby moves to dismiss without prejudice the third count contained in the Criminal Complaint, Conspiracy to Effect Flight to Avoid Prosecution, in violation of 18 U.S.C. §§ 371 and 1073, as to the above-named defendants in the interest of justice.

Dated: January 24, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the third count contained in the Criminal Complaint be dismissed without prejudice as to the defendants named in the above-captioned matter.

DATED: January 25, 2019

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE