McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
KAREN A. ESCOBAR
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK RAZO QUIROZ, et al.,<br><br>DEFENDANTS,<br><br>Defendants. | CASE NO. 1:19-CR-00015-DAD-BAM<br><br><u>SEALING REQUEST AND ORDER RELATED TO UNITED STATES' RESPONSE (DOC 204) TO DEFENDANT CONRADO VIRGEN MENDOZA'S MOTION FOR DISCOVERY (DOC 185)</u> |

The United States of America, by and through its counsel of record, hereby moves to seal Exhibit 1 to its Response (Doc 204) to Defendant Conrado Virgen Mendoza's Motion for Discovery (Doc. 185), as it contains portions of the discovery in this case, which is subject to a protective order for good cause entered pursuant to Federal Rule of Criminal Procedure 16(d). (Doc. 74).

Dated: March 19, 2019                               McGREGOR W. SCOTT
                                                                                United States Attorney

                                                    By: <u>/s/ MICHAEL G. TIERNEY</u>
                                                           MICHAEL G. TIERNEY
                                                           KAREN A. ESCOBAR
                                                           LAURA D. WITHERS
                                                           Assistant United States Attorneys

**O R D E R**

Having reviewed the motion of the United States consistent with the previously-entered protective order (Doc. 74) in this case, and for good cause shown,

IT IS SO ORDERED.

Dated: **March 20, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE