DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BERNABE MADRIGAL-CASTANEDA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNABE MADRIGAL-CASTANEDA,<br><br>Defendants. | Case No. 1:19-CR-00015 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BERNABE MADRIGAL-CASTANEDA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, June 24, 2019, be continued to Monday, August 12, 2019.

This is a stipulation to continue the sentencing in the above-captioned matter to allow USPO Megan Pasqual sufficient time to complete the PSR.

Shortly after Mr. Madrigal-Castaneda entered his plea, our office attempted to schedule his probation interview. However, I was assigned a trial court in a second degree murder and was engaged in jury trial for nearly three weeks. After the trial, Ms. Pasqual and I scheduled an interview within the necessary time to complete the PSR and proceed to sentencing on the set date. Unfortunately, Mr. Madrigal contracted shingles while housed at the Lerdo jail facility and remained in the jail infirmary for two weeks. Mr. Madrigal is now out of the infirmary and an

1

interview date has been rescheduled. I have spoken to AUSA Karen Escobar and she has no objection to continuing the sentencing hearing. Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweighs the interest of the public and the defendant in a speedy trial.

Based upon the foregoing stipulation, counsel requests that the sentencing be continued to August 5, 2019 and the Presentence Investigation Referral/Schedule be as follows:

| | |
|---|---|
| [Draft] Report Available to Defense Counsel and AUSA | July 1, 2019 |
| Informal Objections Due to Probation and Opposing Counsel | July 15, 2019 |
| [Final] Report filed with Court and Disclosed to Counsel | July 22, 2019 |
| Formal Objections Filed with Court and Served on Probation and Opposing Counsel | July 29, 2019 |
| Reply, or Statement of Non-Opposition | August 5, 2019 |
| Judgement and Sentencing Date | August 12, 2019 |

**IT IS SO STIPULATED.**

DATED: May 9, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Bernabe Madrigal-Castaneda

DATED: May 9, 2019

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# **ORDER**

**IT IS HEREBY ORDERED** that the sentencing currently set for June 24, 2019, before the Honorable Judge Dale A. Drozd is hereby continued to August 12, 2019.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__              _/s/ Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE